# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| KYDAISHA BURTON, individually and as Mother, Next Friend, and Natural Guardian of K.B., her minor child, and KESHAW CAMPBELL, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.  1:21-CV-17 (LAG) |

## STIPULATION REGARDING TIME TO RESPOND TO THE COMPLAINT

On January 20, 2021, Plaintiffs Kydaisha Burton and Keshaw Campbell filed their Complaint in this matter (ECF No. 1). Based on the date of service, Defendant United States' responsive pleading was due on April 9, 2021. On that date, the United States filed a motion to dismiss (ECF No. 7). The motion to dismiss was denied on March 31, 2022, and the answer deadline was set for April 14, 2022 (ECF No. 15).

Now, pursuant to Local Rule 6.1, the parties file this stipulation advising the Court that Plaintiffs and Defendant consent and agree that the date for Defendant's response to the Complaint shall be extended up to and including Monday, May 16, 2022.

Respectfully submitted this 6th day of April, 2022.

                                        PETER D. LEARY
                                      UNITED STATES ATTORNEY

                   By:   *s/ E. Bowen Reichert Shoemaker*
                            E. BOWEN REICHERT SHOEMAKER

Assistant United States Attorney
Georgia Bar No. 222443
LANCE SIMON
Assistant United States Attorney
Georgia Bar No. 447643
UNITED STATES ATTORNEY'S OFFICE
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Bowen.Shoemaker@usdoj.gov
Lance.Simon@usdoj.gov
*Attorneys for the Defendant*


*/s/William S. Stone*
William S. Stone
THE STONE LAW GROUP –
TRIAL LAWYERS, LLC
Georgia Bar No. 684636
5229 Roswell Road, NE
Atlanta, GA 30342
Tel: 2229-723-3045
billstone@stonelaw.com
*Attorney for the Plaintiffs*