

# STONE LAW GROUP
TRIAL LAWYERS, LLC

**WILLIAM S. STONE***
billstone@stonelaw.com

**MICHAEL G. REGAS II**
mike@stonelaw.com

**RYALS D. STONE**
ryals@stonelaw.com

**JAMES W. STONE***
james@stonelaw.com

**CARLY M. MATHIS****
carly@stonelaw.com

May 23, 2023

**PLEASE REPLY TO THE BLAKELY OFFICE**
VIA M.D. GA CM/ECF

Hon. David W. Bunt
Clerk, U.S. District Court
C. B. King U.S. Courthouse
201 W Broad Ave
Albany, Georgia 31701
Email albany.ecf@gamd.uscourts.gov

Re:   *Burton, et al v. United States of America*
      CA No. 1:21-CV-17 (LAG)
      U. S. D. C., MD GA, Albany Division

Dear Mr. Bunt:

    This confirms that one of your deputy clerks in the Albany Division granted my request under MDGA LR 6.2 as Plaintiffs' counsel for a 14-day extension of time to respond to the USA's Motion to Join Party Defendants, Doc. # 30, filed on May 3, 2023. The response was initially due on May 24, 2023, 21 days after electronic service via CM/ECF on May 3, 2023. Per the 14-day extension granted, the new time to respond will be June 7, 2023. Thank you and your deputy clerk for your courtesy and consideration.

                      Sincerely,

                      *William S. Stone*
                      William S. Stone

WSS/cat
cc:   All counsel of record

**ATLANTA**
5229 ROSWELL RD NE
ATLANTA, GA 30342
(p) 404.239.0305
(f) 404.445.8003

**ROME**
215 BROAD STREET, SUITE 115
ROME, GA 30161
(p) 706.252.8924

**BLAKELY**
P.O. BOX 70
BLAKELY, GA 39823
(p) 229.723.3045
(f) 229.723.4834

www.stonelaw.com

*admitted in GA & AL
**admitted in Washington, D.C.