IN THE UNITED STATES DISTICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| MYEAISHA BURTON, individually and as Motion, Next Friend, and Natural Guardian of K.B., her minor child and KESHAW CAMPBELL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant, | *<br>*<br>*<br>*<br>*    CIVIL ACTION NO. 1:21-CV-17 (LAG)<br>*<br>*<br>* |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
UNITED STATES MOTION TO JOIN PARTIES**

Plaintiffs file this response in opposition to Defendant United States motion to join party defendants, showing the court it should be denied for the following reasons:

This is going to be a really brief response. Attached is the Georgia Court of Appeals in Deaton Holdings, Inc. v. Reid et al, COA No. A230005 (May 26, 2023) which holds"

1. Joint tortfeasors are not a necessary or indispensable parties in a tort case under Georgia law in a case brought against one of them.

2. In a case filed against a single defendant prior to May 13, 2022, there can be no apportionment, but that does not mean the single defendant has no remedy because the defendant has a right to contribution under OCGA § 51-12-32 if apportionment under OCGA § 51-12-33 does not apply.

3. A plaintiff cannot be forced to sue additional joint tortfeasors beyond those she elected to name in her complaint.

The United States' motion is due to be denied.

This 7th day of June 2023.

        Stone Law Group –
         Trial Lawyers, LLC

        *s/William S. Stone*
        William S. Stone
        Georgia State Bar No. 684636

P.O. Box 70
Blakely, GA 39823
TEL 229-723-3045
billstone@stonelaw.com

## CERTIFICATE OF SERVICE

I have served this response on all counsel of record VIA the Court's CM/ECF system.

This 7th day of June 2023.

        *s/William S. Stone*
        William S. Stone