IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| KYDAISHA BURTON, individually and as Mother, Next Friend, and Natural Guardian of K.B., her minor child, and KESHAWN CAMPBELL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | *<br><br>*<br><br>Case No. 1:21-CV-17 (LAG)<br>*<br><br>*<br><br>* |

# **J U D G M E N T**

Pursuant to this Court's Order dated October 6, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 8th day of October, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk